United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSWALDO FRANKLIN QUERALES CASTILLO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1179 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Oswaldo Franklin Querales Castilo is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him, alleging causes of action based on the Due Process Clause of the Fifth Amendment and the Administrative Procedure Act. Petitioner also challenges his warrantless arrest and his detention despite having been granted bond by an Immigration Judge in 2019. (Pet., Doc. 1, ¶¶ 49–55) Petitioner contends that because he "was inspected and admitted[,]" he may be "charged only as deportable under 8 U.S.C. § 1227(a)(1)(B), as a visa overstay[.]" (*Id.* at ¶ 24)

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than December 3, 2026, Respondents shall file an answer, motion, or responsive pleading to the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on November 16, 2026.

Fernando Rodriguez, Jr.
United States District Judge